# Property Database Search

2015 Assessor Certified Values

Please note: Information maintained by this office is for Assessment purposes only and should not be used to verify or transfer ownership. All maps maintained, provided and/or purchased are based on Assessment information and do not represent a legal survey of the parcels shown and shall not be used for conveyance or the establishment of property boundaries.

## Property Details

Information is current as of 02/07/2016

| | |
|---|---|
| **Account Number:** A870001260 | **Parcel ID:** 3-0003-6044-00-0200.0000000 |
| **Owner(s):**<br>ZENDRAN AGNIESZKA &<br>KOLBERG BOB<br>1736 FOXGLOVE DR<br>ST CHARLES, MO 63303 | **Property Address:** 1736 FOXGLOVE DR 63303 |
| | **School District:** Francis Howell |
| | **City:** St. Charles |
| | **Fire District:** St. Charles |
| | **Neighborhood Code:** 1152 |
| | **Subdivision:** MEADOWPARK #2 |
| **Legal Description:** MEADOWPARK #2 LOT 200 | |
| **Lot Size:** 0.2100 AC | Site Map (http://map.sccmo.org/Main/index.html?parcel=A870001260) |

### Building Data

| | |
|---|---|
| **Year Built:** 1986 | **Property Type:** SINGLE FAMILY RESIDENCE (R) |
| **Quality Code:** R - 30 - Average | **Architectural Type:** 2 Story |
| **Bedrooms:** 3 | **Total Area:** 1,780 |
| **Bathrooms:** 2 | **Base Area:** 896 |
| **Half Bathrooms:** 1 | **Parking Area:** 456 |
| **Total Rooms:** 7 | **Basement Area** 884 |
| | **Finished Basement Area:** 0 |



(https://lookups.sccmo.org/assessor/sketch/A870001260/1)

Click to Enlarge (https://lookups.sccmo.org/assessor/sketch/A870001260/1)

## Assessed Value

**Commercial Value:** $0     **Total Market Value:** $183,645

**Residential Value:** $34,893     **Land Value:** $0

**Agriculture Value:** $0

## Sales History

| Previous Owner(s) | Sale Date | Sale Price | Deed Book & Page | Qualified? |
|---|---|---|---|---|
| | | Adj. Sale Price | U.P.S.F. | |
| ZENDRAN AGNIESZKA | 12/30/2010 | $0 | 5525-1685 | Y |
| | | $0 | $0.00 | |
| SECRETARY OF H.U.D. OF WASHINGTON D C | 11/29/2004 | $0 | 4036-2141 | Y |
| | | $0 | $0.00 | |

| | | | | |
|---|---|---|---|---|
| CHASE MORTGAGE CO | 09/08/2004 | $130,964 | 3971-1252 | Y |
| | | $130,964 | $73.58 | |
| BUSHNELL TIMOTHY D | 05/10/2004 | $149,683 | 3862-1077 | Y |
| | | $149,683 | $84.09 | |

## Real Estate Tax Data

Property Tax Data (http://mo-stcharles-collector.publicaccessnow.com/RealEstateSearch/AccountDetail.aspx?p=A870001260)

## Find Similar Properties

Search (https://lookups.sccmo.org/assessor/search?form_type=advanced&reset_session=true&searchCityCode=206&searchNbhdCode=1152)

Copyright 2016 St. Charles County Government

―――――――――――――――――――[Space Above this Line for Recording Data]―――――――――――――――――――

Title(s) of Document:     DEED OF TRUST

Date of Document:     December 15, 2010

Grantor(s):     AGNIESZKA ZENDRAN AND BOB KOLBERG, WIFE AND HUSBAND

Grantor's Address:     1736 FOXGLOVE DRIVE
                       SAINT CHARLES, MO 63303

Grantee(s):     TITAN MORTGAGE, LLC

Grantee's Address:     3100 Monticello Ave., #400
                       Dallas, TX 75205

Full Legal Description is located on page:     3 or on attached Exhibit

Reference Book(s) and Page(s), if required:

MO Indexing Coversheet - 11/01
VMP-368C(MO) (0111)
VMP MORTGAGE FORMS - (800)521-7291